UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THUY NGUYEN, <br><br> Petitioner, <br><br> v. <br><br> JEFFERSON SESSIONS, et al., <br><br> Respondents. | Case No. C18-269-JLR-JPD <br><br> ORDER APPOINTING FEDERAL PUBLIC DEFENDER |

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a motion to appoint counsel. Dkt. 1-2. Having considered petitioner's request, his financial eligibility, and the balance of the record, the Court finds and ORDERS:

(1) The Court is in receipt of a letter from the Federal Public Defender's Office indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated that he is financially eligible for such appointment. *See id.* Accordingly, petitioner's request for appointment of counsel is GRANTED. The Court appoints the Federal Public Defender to represent petitioner in these proceedings.

1    (2) The Clerk shall send copies of this Order to petitioner, to the Federal Public
2 Defender, to counsel for respondents, and to the Honorable James L. Robart.
3    Dated this 26th day of February, 2018.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER - 2