UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THUY NGUYEN,

          Petitioner,

    v.

JEFFERSON SESSIONS, et al.,

          Respondents.

Case No. C18-269-JLR-JPD

REPORT AND RECOMMENDATION

Petitioner brought this 28 U.S.C. § 2241 immigration habeas action to obtain release from immigration detention. On March 28, 2018, the parties filed a stipulated motion to dismiss. Dkt. 4. The parties agree that because petitioner has been released from custody on an Order of Supervision, this action is moot. Accordingly, the Court recommends that the parties' stipulated motion to dismiss, Dkt. 4, be GRANTED and this action be DISMISSED with prejudice and without costs or fees to either party. A proposed order accompanies this Report and Recommendation.

\\

\\

REPORT AND RECOMMENDATION - 1

The Clerk is directed to note this matter as immediately ready for the consideration of the Honorable James L. Robart.

Dated this 4th day of April, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2